UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN E. WALL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN McGRATH, et al.,<br><br>　　　　Defendants. | 1:05-CV-0818 AWI DLB P<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #15) |

　　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 3, 2006, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　Plaintiff is granted thirty days from the date of service of this order in which to file his amended complaint.

　　　　IT IS SO ORDERED.

　　　　**Dated:   May 17, 2006**　　　　　　　　　　**/s/ Dennis L. Beck**
3c0hj8　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE