IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN WALL, | 1:05-cv-00818-AWI-DLB (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S FIRST MOTION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT |
| vs. | |
| M. BUCKLEY, | (DOCUMENT #35) |
| Defendant. | THIRTY DAY DEADLINE |
| _____/ | |

   Good cause appearing, Defendant is granted a thirty day extension of time to respond to Plaintiff's Amended Complaint.  Defendant's response to Plaintiff's July 19, 2007 amended complaint shall be due in thirty days.

   IT IS SO ORDERED.

   Dated:   **May 19, 2008**          _____**/s/ Dennis L. Beck**_____
                                                        UNITED STATES MAGISTRATE JUDGE