IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARVIN WALL,<br><br>                     Plaintiff,<br><br>     v.<br><br>M. BUCKLEY,<br><br>                     Defendant. | 1:05-cv-00818-AWI-DLB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT<br><br>(Document #37) |

Good cause appearing, Defendant is granted a three-week extension of time to respond to Plaintiff's Amended Complaint. Defendant's response to Plaintiff's July 19, 2007, Amended Complaint shall be due on or before Wednesday, July 9, 2008.

IT IS SO ORDERED.

Dated:   **June 18, 2008**            **/s/ Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE